FILED

NOV 26 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50073 |
| Plaintiff - Appellee, | D.C. No. 3:13-cr-02436-JLS |
| v. | |
| CARLOS ALBERTO MADERO-HIGUERA, | MEMORANDUM<sup>*</sup> |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Janis L. Sammartino, District Judge, Presiding

Submitted November 18, 2014<sup>**</sup>

Before:     LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

Carlos Alberto Madero-Higuera appeals from the district court's judgment

and challenges the 70-month sentence imposed following his guilty-plea

---

<sup>*</sup>     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

<sup>**</sup>     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

conviction for possession of cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Madero-Higuera contends that the district court erred by failing to exercise its independent judgment in denying his request for a minor role adjustment under U.S.S.G. § 3B1.2(b).  The record does not support this contention.  The district court considered the parties' arguments and concluded that the record did not provide a basis for finding that Madero-Higuera played a minor role in the criminal scheme.  The court's rejection of the adjustment was consistent with the guideline and our precedent.  *See* U.S.S.G. § 3B1.2 cmt. n.3(A) (adjustment available only if defendant is "substantially less culpable than the average participant"); *United States v. Rodriguez-Castro*, 641 F.3d 1189, 1193 (9th Cir. 2011) (defendant's burden to establish his entitlement to the adjustment).

**AFFIRMED.**